UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KENNETH HOULHIAN,
      Petitioner,

                        No. 1:08-cv-1071

-v-

                        HONORABLE PAUL L. MALONEY

LLOYD RAPELJE,
      Respondent.


## JUDGMENT

Having dismissed the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, under Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Respondent and against Petitioner.

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**


Date:   January 26, 2011                                /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge